Leonora M. Schloss (SBN 145142)
JACKSON LEWIS P.C.
725 South Figueroa St., Ste. 2500
Los Angeles, CA 90017
Phone:       (213) 689-0404
Leonora.Schloss@jacksonlewis.com

John Andrew Schaffer (SBN 320905)
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Phone:       (949) 885-1360
John.Schaffer@jacksonlewis.com

Attorneys for Defendant
MERIDIAN SENIOR LIVING, LLC and
KENNETH KIESWETTER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE SUMMER, an individual,<br><br>            Plaintiff,<br>   vs.<br><br>MERIDIAN SENIOR LIVING, LLC; KENNETH KIESWETTER, as an individual; and DOES 1 through 100, inclusive),<br><br>            Defendants. | CASE NO.:  2:21-cv-04051<br><br>**DEFENDANTS MERIDIAN SENIOR LIVING, LLC and KENNETH KIESWETTER'S RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT**<br><br>Complaint Filed: March 15, 2021<br>Trial Date:       Not Set |

**TO THE HONORABLE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

Defendants Meridian Senior Living, LLC and Kenneth Kieswetter (collectively "Defendants"), hereby make their disclosures pursuant to Federal Rule of Civil Procedure 7.1(a).

Defendant MERIDIAN SENIOR LIVING, LLC, a North Carolina Limited Liability Corporation, has no parent corporation and no publicly-traded corporation owns 10% or more of its stock.

In the event that, during the course of this litigation, Defendant discovers other persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, it will file an amended disclosure.

Dated: May 14, 2021              JACKSON LEWIS P.C.


/s/ *John Andrew Schaffer*
Leonora M. Schloss
John Andrew Schaffer

Attorneys for Defendant
MERIDIAN SENIOR LIVING, LLC and
KENNETH KIESWETTER

4811-7086-5640, v. 1